UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE KARAS**

**'07 CIV 10519**

------------------------------------------------------------------------------

TRUSTEES OF THE STRUCTURAL STEEL AND
BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS AND TRUSTEES OF
THE DISTRICT COUNCIL 9 PAINTING INDUSTRY
INSURANCE AND ANNUITY FUNDS,

                                  Plaintiffs,

             -against-

TOWER PAINTING CO. INC. AND LIBERTY
MUTUAL INSURANCE COMPANY,

                                Defendant.

Index No.:

RULE 7.1

------------------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to

enable judges and magistrates of the court to evaluate possible disqualification or recusal, the

undersigned attorney of record for plaintiff certifies that the following are corporate parents,

subsidiaries, or affiliates of that party.

    None

Dated: November 20, 2007

Dana L. Henke, Esq. (DLH3025)