# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ 10519　　　　　　　　　　　　　　　　　　　Purchased/Filed: November 21, 2007
STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT

*Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*　　Plaintiff

against

*Tower Painting Co. Inc. and Liberty Mutual Insurance Company*　　Defendant

STATE OF NEW YORK　　SS.:
COUNTY OF ALBANY

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 26, 2007_____, at _2:00 p.m._, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1, and Complaint

on

_____Tower Painting Co. Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _43_　Approx. Wt: _118_　Approx. Ht: _5'_
Color of skin: _White_　Hair color: _Brown_　Sex: _F_　Other: _____

Sworn to before me on this

_29th_ day of _____November, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice-Work Order # SP0709940

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179