STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
United States District Court, Southern District of New York

| | | |
|---|---|---|
| Trustees of the Structural Steel and Bridge Painters of Greater New York Employee Trust Funds and Trustees of The District Council 9 Painting Industry Insurance and Annuity Funds | Plaintiff(s) | 07CIV10519 |
| against | Defendant(s) | |
| Liberty Mutual Insurance Company | | |

RE : Liberty Mutual Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in a Civil Action and Complaint in the above entitled action on December 3, 2007 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

Corporation Service Company
Liberty Mutual Insurance Company
80 State Street
Albany, New York 12207-2543

*Clark J. Williams* (signature)

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, December 04, 2007
424273    C.A.#188568