UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TRUSTEES OF THE STRUCTURAL STEEL AND : 
BRIDGE PAINTERS OF GREATER NEW YORK : Docket No.: 07-CV-10519
EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE :
DISTRICT COUNCIL 9 PAINTING INDUSTRY : RULE 7.1 DISCLOSURE
INSURANCE AND ANNUITY FUNDS, : STATEMENT

      Plaintiffs, : JUDGE KARAS

-against- :

:

TOWER PAINTING CO., INC. AND LIBERTY :
MUTUAL INSURANCE COMPANY,

      Defendants.

---------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Tower Painting Co., Inc. ("Tower Painting") and Liberty Mutual Insurance Company ("Liberty Mutual"), by their attorney, George A. Marco, PLLC, submit this Rule 7.1 Disclosure Statement to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifying that Tower Painting a privately held company with no parent companies, affiliates and/or subsidiaries which are publicly held and that Liberty Mutual is a Massachusetts Corporation; Liberty Mutual Group, Inc. is the parent corporation of Liberty Mutual; LMHC Massachusetts Holdings, Inc. is the parent corporation of Liberty Mutual Group Inc.; Liberty Mutual Holding Company Inc. is the parent corporation of LMHC Massachusetts Holdings Inc.; no publicly held corporation owns 10% or more of Liberty Mutual's stock (LMG owns 100% of Liberty Mutual's stock).

1

Dated: New York, New York
       March 3, 2008

Respectfully,

/s/
_____
George Marco (GM 8253)
George A. Marco, PLLC
Attorney for Defendants
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1435

TO:

Dana L. Henke (DLH 3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
Attorneys for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515