**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

| | | |
|---|---|---|
| TRUSTEES OF THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS AND TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | : | **Docket No.: 07-CV-10519** |
| | : | **ANSWER** |
| Plaintiffs, | : | **JUDGE KARAS** |
| -against- | : | |
| | : | |
| TOWER PAINTING CO., INC. AND LIBERTY MUTUAL INSURANCE COMPANY, | : | |
| Defendants. | | |

---------------------------------------------------------------------- x

Defendants Tower Painting Co., Inc. ("Tower") and Liberty Mutual Insurance Company ("Liberty") by their attorney, George A. Marco PLLC, respond to plaintiffs' complaint as follows:

1. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "1", "2" "3", "4", "5", "6", "7", "8" and "9" of plaintiffs' complaint.

2. Admit the allegations contained in paragraphs "10", "11" and "12" of plaintiffs' complaint.

**AS AND FOR A RESPONSE TO THE FIRST CLAIM FOR RELIEF**

3. Deny each and every allegation contained in paragraphs "13", "14" and "18" of plaintiffs' complaint except admit that defendant Tower entered into an

agreement with the Union and respectfully refers the Court to said agreement for its true terms and conditions.

4. Deny each and every allegation contained in paragraphs "15", "16" and "17" of plaintiffs' complaint except admit that certain fringe benefit contributions are due plaintiffs by defendant Tower .

5. Deny each and every allegation contained in paragraph "19" of plaintiffs' complaint.

**AS AND FOR A RESPONSE TO THE SECOND CLAIM FOR RELIEF**

6. In response to paragraph "20" of the complaint, defendants repeat, reallege and reiterate each and every response contained in paragraphs "1" through "19" above as if set forth more fully herein.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "21" and "23" of the complaint and respectfully refers all questions of law to be determined by the Court at the time of trial.

8. Deny each and every allegation contained in paragraph "22" of plaintiffs' complaint except admit that certain fringe benefit contributions are due plaintiffs by defendant Tower .

9. Deny each and every allegation contained in paragraphs "24", "25" and "26" of plaintiffs' complaint.

**AS AND FOR A RESPONSE TO THE THIRD CLAIM FOR RELIEF**

10. In response to paragraph "27" of the complaint, defendants repeat, reallege and reiterate each and every response contained in paragraphs "1" through "26" above as if set forth more fully herein.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "28" of the complaint and respectfully refers all questions of law to be determined by the Court at the time of trial.

12. Deny each and every allegation contained in paragraph "29" of plaintiffs' complaint except admit that certain fringe benefit contributions are due plaintiffs by defendant Tower .

13. Deny each and every allegation contained in paragraph "30" of plaintiffs' complaint.

## AS AND FOR A RESPONSE TO THE FOURTH CLAIM FOR RELIEF

14. In response to paragraph "31" of the complaint, defendants repeat, reallege and reiterate each and every response contained in paragraphs "1" through "30" above as if set forth more fully herein.

15. Deny each and every allegation contained in paragraph "32" of plaintiffs' complaint except admit that defendant Liberty executed a bond.

16. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "33" of the complaint and respectfully refers all questions of law to be determined by the Court at the time of trial.

17. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "34", "35" and "37" of plaintiffs' complaint.

18. Deny each and every allegation contained in paragraphs "36" and "38" of plaintiffs' complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

19. Plaintiffs' complaint fails to state a cause of action for which relief can be granted.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

20. Plaintiffs' complaint is barred by the applicable statute of limitations.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

21. Plaintiffs' complaint is barred by plaintiff's failure to meet statutory and/or contractual conditions precedent.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

22. Plaintiffs' complaint is barred by plaintiff's failure to satisfy the requirements of State Finance Law §137 and/or Labor Law §220.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

23. Plaintiffs seek to recover for items that are not covered by State Finance Law §137 and/or Labor Law §220.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

24. Plaintiffs' claim is barred by release, payment and/or waiver.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

25. Defendant Liberty's liability, if any, is limited to the penal sum of the bond, and to the extent that any other entity has an entitlement to the proceeds of the bond, plaintiffs' entitlement, if any, is limited to its pro rata share.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

26. Upon information and belief, any monies due and owing to plaintiffs are less than pleaded and/or improperly calculated.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

27. Plaintiffs' complaint is barred by plaintiffs' breach of its collective bargaining agreements.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

28. Defendant Liberty may be held liable herein only according to the terms of its bond.

**WHEREFORE**, defendants demand judgment dismissing plaintiffs' complaint in its entirety and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
March 4, 2008

Respectfully,

/s/

George Marco (GM 8253)
George A. Marco, PLLC
Attorney for Defendants
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1435

TO:

Dana L. Henke (DLH 3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
Attorneys for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515