UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

Trustees of the Structural Steel and Bridge
Painters of Greater New York Employee
Trust Funds,

                Plaintiff(s),

-against-

Tower Painting Co. Inc.,

                Defendant(s).

——————————————————————X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 Civ. 10519 (KMK) (GAY)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: May 5, 2008

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge